FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTER/JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES A. HINSHAW,<br>    Petitioner,<br>    v.<br>TERESER A. BANKS, Warden,<br>    Respondent. | Case No. CV 11-09403 GAF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

Dated: December 7, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY